**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEONARD DEMMINGS,** | ) | |
| Petitioner, | ) | |
| vs. | ) | **No. 3:18-CV-17-C-BT** |
| | ) | |
| **LORIE DAVIS, Director Texas Department** | ) | |
| **Criminal Justice Correctional Institutional** | ) | |
| **Division,** | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Senior District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge, filed February 11, 2019, are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner failed to file a timely objection.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** because it is barred by the one-year statute of limitations. *See* 28 U.S.C. § 2244(d).

Pursuant to Rule 22 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c), this Court finds that a certificate of appealability should be denied. Petitioner has failed to show that reasonable jurists would find (1) this Court's "assessment of the constitutional claims debatable or wrong," or (2) "it debatable whether the petition states a valid claim of the denial of a constitutional

right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel*,

529 U.S. 473, 484 (2000).

        **SIGNED this \_\_\_\_ day of March, 2019.**

**SAM R. CUMMINGS**
**SENIOR UNITED STATES DISTRICT JUDGE**